```
       FILED          RECEIVED
       ENTERED        SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAR 3 0 2011

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
       BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-061-ECR (PAL) |
| MICHAEL COOK, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On October 21, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 16, United States Code, Section 470gg(b), based upon the plea of guilty by defendant MICHAEL COOK to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant MICHAEL COOK pled guilty. #21.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on October 28, 2010, November 4, 2010, and November 11, 2010, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court. #22.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
2  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
3  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
4  32.2(c)(2); Title 16, United States Code, Section 470gg(b); and Title 21, United States Code, Section
5  853(n)(7) and shall be disposed of according to law:

    (a)    a rock panel petroglyph depicting seven sheep taken from the Spring Mountain National Recreation Area.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all funds, including but not limited to, currency, currency equivalents, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __30__ day of __March__, 2011.

_____
UNITED STATES DISTRICT JUDGE